WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2004-13 ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR TERWIN MORTGAGE TRUST 2004-13 ALT, ASSET-BACKED CERTIFICATES, TMTS SERIES 2004-13ALT,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02239-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 18-20]**<br><br>**[Second Request]** |

Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2004-13 ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT ("U.S. Bank"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendants Chicago Title Insurance Company ("Chicago Title"), and Ticor Title of Nevada, Inc. ("Ticor", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 9, 2020, U.S. Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-826129-C [ECF No. 1-1];

2. On December 10, 2020, Chicago Title filed its Petition for Removal to this Court [ECF No. 1];

3. On January 25, 2021, Chicago Title filed a Motion to Dismiss [ECF No. 18];

4. On January 25, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 19];

5. On January 25, 2021, Ticor also filed a Motion to Dismiss [ECF No. 20];

6. On February 8, 2021, the Court entered a Stipulation and Order to Extend Time Period to Respond to the Motions to Dismiss [ECF No. 25]

7. U.S. Bank's deadline to respond to Defendants' Motions to Dismiss is currently March 10, 2021;

8. U.S. Bank's counsel is requesting an extension until April 13, 2021, to file its response to the pending Motions to Dismiss;

9. This extension is requested to allow U.S. Bank additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for U.S. Bank continues to recover from an unexpected medical emergency and an associate attorney for Wells Fargo recently contracted the COVID-19 virus.

10. Additionally, the Parties are currently considering whether a stay of discovery is warranted in order to litigate this case as efficiently as possible and to conserve resources.

11. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

12. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 5th day of March, 2021. | DATED this 5th day of March, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* | */s/ Kevin S. Sinclair* |
| Lindsay D. Robbins, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Ventura Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2004-13 ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT* | *Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Ticor Title of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this __9__ day of March, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT