WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2004-13 ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR TERWIN MORTGAGE TRUST 2004-13 ALT, ASSET-BACKED CERTIFICATES, TMTS SERIES 2004-13ALT,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02239-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 18-20]**<br><br>**[Fourth Request]** |

Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2004-13 ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT ("U.S. Bank Trustee"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendants Chicago Title Insurance Company ("Chicago Title"), and Ticor Title of Nevada, Inc. ("Ticor", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 9, 2020, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-826129-C [ECF No. 1-1];

2. On December 10, 2020, Chicago Title filed its Petition for Removal to this Court [ECF No. 1];
3. On January 25, 2021, Defendants filed their Motions to Dismiss [ECF No. 18-20];
4. U.S. Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently May13, 2021;
5. U.S. Bank Trustee's counsel is requesting an extension until June 11, 2021, to file its response to the pending Motions to Dismiss;
6. This extension is requested to allow U.S. Bank Trustee additional time to finalize its response to the pending Motions to Dismiss as day-to-day handling counsel for U.S. Bank Trustee will be out on maternity leave.
7. Counsel for Defendants does not oppose the requested extension;
8. This is the fourth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 13th day of May, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2004-13 ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT*

DATED this 13th day of May, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Ticor Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this __14__ day of May, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT