JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: bundickj@gtlaw.com
hoguem@gtlaw.com

*Attorneys for Defendant*
*Zions Bancorporation, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA LEE SIPPLE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A.,<br><br>Defendant. | Case No. 2:21-cv-00904-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR THE MOTION TO REMAND**<br><br>**[FIRST REQUEST]** |

Plaintiff Linda Lee Sipple ("Sipple") and Defendant Zions Bancorporation, N.A. ("Zions"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. Plaintiff filed a putative class action Complaint against Zions in the Eighth Judicial District Court for the State of Nevada in the above-captioned action on February 17, 2021.

2. Plaintiff served the Complaint on Zions on April 8, 2021.

3. On May 7, 2021, Zions removed the matter to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332(d).

4. On June 4, 2021, Sipple filed her Motion to Remand this matter to the Eighth Judicial District Court for the State of Nevada.

1    5.   The response to Sipple's motion to remand is currently due June 18, 2021.

2    6.   The parties have conferred and agreed to a brief extension of one (1) week up through and including June 25, 2021, for Zions to submit its response to Sipple's Motion to Remand. The parties further agreed that Sipple will also have a one (1) week extension of time up through and including July 9, 2021 in which to file her reply in support of her Motion to Remand.

7.   Good cause supports the request because the parties will have an opportunity to adequately evaluate and prepare an appropriate response to Sipple's remand motion as well as discuss potential resolutions to this action.

8.   The parties have not requested any prior extension of the deadlines related to Sipple's Motion to Remand. The parties previously requested and the Court granted two extensions of the deadline to respond to the Complaint by this Court. No other extensions have been requested or obtained as to any other deadlines set by the Court.

9.   The parties enter into this stipulation in good faith and not for the purpose of delay.

THEREFORE, and for good cause shown, the parties respectfully request that the deadline for Zions to file a response to the motion to remand be extended up to and including June 25, 2021, and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

that the deadline for Sipple to file her reply in support of her motion to remand be extended up to and including July 9, 2021.

IT IS SO STIPULATED.

DATED this 15th day of June, 2021.

**GREENBERG TRAURIG, LLP**

    */s/Jacob D. Bundick*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
*Attorneys for Defendant*
*Zions Bancorporation, N.A.*

DATED this 15th day of June, 2021.

**LAW OFFICES OF BURAK S. AHMED, PC**

    */s/Burak S. Ahmed*
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
3651 Lindell Road, Suite D812
Las Vegas, Nevada 89103
*Attorneys for Plaintiff Linda Lee Sipple*

## ORDER

**IT IS SO ORDERED.**

Dated this  17  day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT