1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Christina V. Miller, Esq.
3  Nevada Bar No. 12448
   Lindsay D. Robbins, Esq.
4  Nevada Bar No. 13474
   7785 W. Sahara Ave., Suite 200
5  Las Vegas, NV 89117
6  (702) 637-2345; Fax: (702) 946-1345
7  cmiller@wrightlegal.net
   *Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust*
8  *2004-13 ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT*

9

**UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF NEVADA**

11

| U.S. BANK NATIONAL ASSOCIATION AS | Case No.:  2:20-cv-02239-GMN-VCF |
|---|---|
12 | TRUSTEE FOR TERWIN MORTGAGE | |
13 | TRUST 2004-13 ALT, ASSET-BACKED CERTIFICATES, TMTS SERIES 2004- | **STIPULATION AND ORDER TO** |
14 | 13ALT, | **EXTEND DISCOVERY DEADLINES** |
15 | Plaintiff, | **[First Request]** |
16 | vs. | |
17 | FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE | |
18 | COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and | |
19 | ROE CORPORATIONS XI through XX, inclusive, | |
20 | | |
21 | Defendants. | |

22          Plaintiff, U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2004-13

23   ALT, Asset-Backed Certificates, TMTS Series 2004-13ALT ("U.S. Bank Trustee") and

24   Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendants

25   Chicago Title Insurance Company ("Chicago Title"), and Ticor Title of Nevada, Inc. ("Ticor",

26   collectively "Defendants") (collectively, the "Parties"), by and through their counsel of record,

27   hereby submit their Stipulation to Extend Discovery Deadlines by ninety (90) days in accordance

28   with Local Rule 26-3 and Local Rule IA 6-1. The Parties are requesting an extension to the

discovery deadlines as the Parties are finalizing a stipulated protective order to be filed and entered by the Court prior to the Parties' disclosure of confidential documents. The Parties' experts need additional time to review the substantive document production prior to the initial expert disclosure deadline, which is currently set for July 9, 2021. Based on the volume of the documents and the need for a protective order, the Parties request an additional ninety (90) days in order to complete discovery and provide the experts with sufficient opportunity to review documents and responses to the pending written discovery requests.

The request for an extension is supported by good cause in compliance with LR 26-3, has been brought in good faith, is the first request for an extension of time to the discovery deadlines and is not intended to cause delay.

**(a) A statement specifying the discovery completed:**

The Parties conducted the Fed. R. Civ. P. 26(f) conference on January 6, 2021. Thereafter, the Parties promptly submitted their proposed Joint Discovery Plan on January 20, 2021 [ECF No. 14]. On January 21, 2021, the Court entered the Scheduling Order [ECF No. 15], setting the following deadlines:

- Initial experts: July 9, 2021;
- Rebuttal experts: August 9, 2021;
- Discovery cutoff: September 7, 2021;
- Dispositive motions: October 7, 2021; and
- Joint proposed pretrial order: November 5, 2021, or 30 days after resolution of dispositive motions.

The Parties have completed the following discovery to date:

- Defendants' Initial Disclosure of Witnesses and Documents, March 31, 2021;
- U.S. Bank Trustee's Initial Disclosure of Witnesses and Documents, March 31, 2021;

///

///

///

**(b) A specific description of the discovery that remains to be completed:**

The Parties need to conduct the following discovery:

- Final agreement of the terms of a Stipulated Protective Order and the Court's entry of the same;
- The Parties' Initial Expert Disclosure(s);
- The Parties' Rebuttal Expert Disclosure(s);
- Deposition of Fed. R. Civ. P. 30(b)(6) Witness for Chicago Title;
- Deposition of Fed. R. Civ. P. 30(b)(6) Witness for Fidelity;
- Deposition of Fed. R. Civ. P. 30(b)(6) Witness for Ticor;
- Deposition of Fed. R. Civ. P. 30(b)(6) Witness for U.S. Bank Trustee;
- Deposition of various fact and expert witnesses; and
- Such other discovery that may be deemed necessary or appropriate.

**(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan:**

Due to the need for a protective order and the volume of discovery propounded, the Parties need additional time to respond to the pending requests prior to the initial expert disclosure deadline of July 9, 2021. Over the past several months, the Parties have been negotiating the terms of an appropriate protective order that would meet all of the Parties' needs and they anticipate that a stipulated protective order will be entered shortly. Thereafter, the Parties plan on producing documents and propounding written discovery requests. The Parties anticipate that the confidential document production will be voluminous and will need to be reviewed by their retained experts in preparation of authoring reports. Accordingly, the Parties request a ninety (90) day extension to the discovery deadlines so that discovery responses can be provided and the Parties' experts have sufficient time to review the written discovery responses, documentation, and issue opinions prior to the initial expert disclosure deadline.

In accordance with Local Rule 26-3, good cause exists for an extension to the discovery deadlines as the Parties' experts are unable to prepare an expert report prior to the July 9, 2021

deadline given that written responses from the Parties have not yet been completed, nor has a protective order been entered.

**(d) A proposed schedule for completing all remaining discovery.**

The Parties request that current Scheduling Order [ECF No. 15] be extended as follows:

1. Last Day to Disclose Initial Expert Report: currently July 9, 2021, **desired October 7, 2021;**

2. Last Day to Disclose Rebuttal Experts: currently August 9, 2021, **desired November 8, 2021;**

3. Last Day to Complete Discovery: currently September 7, 2021; **desired December 6, 2021;**

4. Last Day to File Dispositive Motions: currently October 7, 2021, **desired January 5, 2022;**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

5. Last Day to File Joint Pre-Trial Order: currently, November 5, 2021, **desired February 3, 2022.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS SO STIPULATED.**

DATED this 18th day of June, 2021.　　　　DATED this 18th day of June, 2021.

WRIGHT, FINLAY & ZAK, LLP　　　　SINCLAIR BRAUN LLP

*/s/ Christina V. Miller*　　　　*/s/ Kevin S. Sinclair*
Christina V. Miller, Esq.　　　　Kevin S. Sinclair, Esq.
Nevada Bar No. 12448　　　　Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200　　　　16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117　　　　Encino, California 91436
*Attorneys for Plaintiff, U.S. Bank National*　*Attorney for Defendants, Fidelity National*
*Association as Trustee for Terwin Mortgage*　*Title Group, Inc., Fidelity National Title*
*Trust 2004-13 ALT, Asset-Backed*　　*Insurance Company, and Ticor Title of*
*Certificates, TMTS Series 2004-13ALT*　*Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2021.

_____
Cam Ferenbach
United States Magistrate Judge